Submitted on record and briefs November 29, 1995, reversed and remanded for reconsideration February 7, 1996

In the Matter of the Compensation of
Ralph R. Taylor, Claimant.

Ralph R. TAYLOR,
*Petitioner,*

*v.*

JOSEPH RYERSON & SON
and Employer's Insurance of Wausau,
*Respondents.*

(94-04508; CA A87222)

910 P2d 424

Kimberley Chaput and Pozzi Wilson Atchison filed the brief for petitioner.

Richard H. Rizk filed the brief for respondents.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Carroll v. Boise Cascade Corp.*, 138 Or App 610, 910 P2d 1111 (1996).